## (February 17, 1939.)

In the Matter of the Application of FRANK G. FROSCH, Petitioner, Respondent, for an Order against PAUL J. KERN, as President of the Municipal Civil Service Commission of the City of New York, and Others, as Commissioners of the Municipal Civil Service Commission of the City of New York; JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and KENNETH A. DAYTON, Director of the Budget of the City of New York, Appellants, and S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, Defendants, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 1006.] Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of the Application of ANTHONY J. FUGAZY, Petitioner, Respondent, for an Order against PAUL J. KERN, as President of the Municipal Civil Service Commission of the City of New York, and Others, as Commissioners of the Municipal Civil Service Commission of the City of New York; JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and KENNETH A. DAYTON, Director of the Budget of the City of New York, Defendants, Appellants, and S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, Defendants, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 1006.] Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of Supplementary Proceedings: PINCUS HERSCHKOWITZ, Respondent, v. DAVID W. KEEN, Judgment Debtor. MIRIAM N. KEEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ., Taylor, J., not voting.

JAMAICA SAVINGS BANK, Appellant, v. JACOB J. GREENBAUM and Others, Defendants, and CHARLES I. H. GREENBAUM and MATILDA GREENBAUM, His Wife, and Others, Respondents.— Motion to clarify provision allowing costs in the order of this court dated December 9, 1938, denied, without costs. [See 255 App. Div. 984.] There is no need for clarification. The provision simply means that only one bill of costs should be taxed jointly by all the respondents filing briefs, and this will include the disbursements of each respondent. The costs should be divided equally between the respective sets of respondents filing briefs, but each respondent is entitled to receive his or her disbursements. Present — Lazansky, P. J., Davis, Adel and Taylor, JJ.; Hagarty, J., taking no part.

HYMAN U. SOLOVAY, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.